IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWN VAN HEES, | ) | |
| | ) | 8:05CV342 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JAMES P. O'DONNELL, BRUCE ROHDE, FRANK S. SKLARSKY, MOGENS C. BAY, STEPHEN G. BUTLER, ALICE B. HAYES, CARL E. REICHARDT, W. G. JURGENSEN, DAVID H. BATCHELDER, HOWARD G. BUFFETT, MARK H. RAUENHORST, JOHN T. CHAIN JR., RONALD W. ROSKENS, KENNETH E. STINSON, STEVEN F. GOLDSTONE, ROBERT KRANE, and CONAGRA FOODS, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 7 be stricken from the record for the following reason:

• Document filed in incorrect case.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 7 from the record.

DATED this 29th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge