IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
_____
IN RE CONAGRA FOODS, INC.      )
DERIVATIVE LITIGATION          )
_____)
SHAWN VAN HEES, Derivatively   )
on behalf of CONAGRA FOODS,    )
INC.,                          )
                               )
            Plaintiff,         )          8:05CV342
                               )
       v.                      )
                               )
JAMES P. O'DONNELL, BRUCE      )
ROHDE, FRANK S. SKLARSKY,      )
MOGENS C. BAY, STEPHEN G.      )
BUTLER, ALICE B. HAYES, W.G.   )
JURGENSEN, CARL E. REICHARDT,  )
DAVID H. BATCHELDER, HOWARD G. )
BUFFETT, MARK H. RAUENHORST,   )
JOHN T. CHAIN, JR., RONALD W.  )
ROSKENS, KENNETH E. STINSON,   )
STEVEN F. GOLDSTONE and        )
ROBERT KRANE,                  )
                               )
            Defendants.        )
                               )
       and                     )
                               )
CONAGRA FOODS, INC., A         )
Delaware corporation,          )
                               )
            Nominal Defendant. )
_____)
GERALD HALPERN, Derivatively   )
on behalf of CONAGRA FOODS,    )
INC.,                          )
                               )
            Plaintiff,         )          8:05CV343
                               )
       v.                      )
                               )
JAMES P. O'DONNELL, BRUCE      )
ROHDE, FRANK S. SKLARSKY,      )
MOGENS C. BAY, STEPHEN G.      )
BUTLER, ALICE B. HAYES, W.G.   )
JURGENSEN, CARL E. REICHARDT,  )
```

```
DAVID H. BATCHELDER, HOWARD G.  )
BUFFETT, MARK H. RAUENHORST,    )
JOHN T. CHAIN, JR., RONALD W.   )
ROSKENS, KENNETH E. STINSON,    )
STEVEN F. GOLDSTONE and         )
ROBERT KRANE,                   )
                                )
          Defendants.           )
                                )
     and                        )
                                )
CONAGRA FOODS, INC., A          )
Delaware corporation,           )
                                )
          Nominal Defendant.    )
_____ )
CHARLES ZIMMERMAN,              )
Derivatively on behalf of       )
CONAGRA FOODS, INC.,            )
                                )
          Plaintiff,            )         4:05CV3183
                                )
     v.                         )
                                )
JAMES P. O'DONNELL, BRUCE       )         ORDER
ROHDE, FRANK S. SKLARSKY,       )
MOGENS C. BAY, STEPHEN G.       )
BUTLER, ALICE B. HAYES, W.G.    )
JURGENSEN, CARL E. REICHARDT,   )
DAVID H. BATCHELDER, HOWARD G.  )
BUFFETT, MARK H. RAUENHORST,    )
JOHN T. CHAIN, JR., RONALD W.   )
ROSKENS, KENNETH E. STINSON,    )
STEVEN F. GOLDSTONE and         )
ROBERT KRANE,                   )
                                )
          Defendants.           )
                                )
     and                        )
                                )
CONAGRA FOODS, INC., A          )
Delaware corporation,           )
                                )
          Nominal Defendant.    )
_____ )
```

This matter is before the Court on the stipulation and joint motion to extend time (Filing No. 47 8:05CV342; Filing No. 44 in 8:05CV343; Filing No. 39 in 4:05CV3183).  The Court finds the joint motion should be granted.  Accordingly,

IT IS ORDERED:

1) Defendants and the nominal defendant shall have until April 25, 2006, to move, answer or otherwise respond to the consolidated complaint.

2) In the event that defendants and the nominal defendant file any motions to dismiss or other responses directed at the consolidated complaint, plaintiffs shall have until June 26, 2006, to file and serve their responses in opposition to any such motions.

3) Defendants and the nominal defendant shall have until July 26, 2006, to file and serve their reply briefs in support of any such motions.

DATED this 23rd day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court