IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
_____
IN RE CONAGRA FOODS, INC.      )
DERIVATIVE LITIGATION          )
_____)
SHAWN VAN HEES, Derivatively   )
on behalf of CONAGRA FOODS,    )
INC.,                          )
                               )
          Plaintiff,           )      8:05CV342
                               )
     v.                        )
                               )
JAMES P. O'DONNELL, BRUCE      )
ROHDE, FRANK S. SKLARSKY,      )
MOGENS C. BAY, STEPHEN G.      )
BUTLER, ALICE B. HAYES, W.G.   )
JURGENSEN, CARL E. REICHARDT,  )
DAVID H. BATCHELDER, HOWARD G. )
BUFFETT, MARK H. RAUENHORST,   )
JOHN T. CHAIN, JR., RONALD W.  )
ROSKENS, KENNETH E. STINSON,   )
STEVEN F. GOLDSTONE and        )
ROBERT KRANE,                  )
                               )
          Defendants.          )
                               )
          and                  )
                               )
CONAGRA FOODS, INC., A         )
Delaware corporation,          )
                               )
          Nominal Defendant.   )
_____)
GERALD HALPERN, Derivatively   )
on behalf of CONAGRA FOODS,    )
INC.,                          )
                               )
          Plaintiff,           )      8:05CV343
                               )
     v.                        )
                               )
JAMES P. O'DONNELL, BRUCE      )
ROHDE, FRANK S. SKLARSKY,      )
MOGENS C. BAY, STEPHEN G.      )
BUTLER, ALICE B. HAYES, W.G.   )
JURGENSEN, CARL E. REICHARDT,  )
```

```
DAVID H. BATCHELDER, HOWARD G. )
BUFFETT, MARK H. RAUENHORST,   )
JOHN T. CHAIN, JR., RONALD W.  )
ROSKENS, KENNETH E. STINSON,   )
STEVEN F. GOLDSTONE and        )
ROBERT KRANE,                  )
                               )
            Defendants.        )
                               )
         and                   )
                               )
CONAGRA FOODS, INC., A         )
Delaware corporation,          )
                               )
            Nominal Defendant. )
_____)
CHARLES ZIMMERMAN,             )
Derivatively on behalf of      )
CONAGRA FOODS, INC.,           )
                               )
            Plaintiff,         )          4:05CV3183
                               )
         v.                    )
                               )
JAMES P. O'DONNELL, BRUCE      )          ORDER
ROHDE, FRANK S. SKLARSKY,      )
MOGENS C. BAY, STEPHEN G.      )
BUTLER, ALICE B. HAYES, W.G.   )
JURGENSEN, CARL E. REICHARDT,  )
DAVID H. BATCHELDER, HOWARD G. )
BUFFETT, MARK H. RAUENHORST,   )
JOHN T. CHAIN, JR., RONALD W.  )
ROSKENS, KENNETH E. STINSON,   )
STEVEN F. GOLDSTONE and        )
ROBERT KRANE,                  )
                               )
            Defendants.        )
                               )
         and                   )
                               )
CONAGRA FOODS, INC., A         )
Delaware corporation,          )
                               )
            Nominal Defendant. )
_____)
```

This matter is before the Court on the joint motion to extend time (Filing No. 75 in 8:05CV342; Filing No. 67 in 8:05CV343; Filing No. 65 in 4:05CV3183). The Court finds the joint motion should be granted. Accordingly,

IT IS ORDERED the joint motion is granted; the parties shall have until September 8, 2006, to file their joint supplemental report of planning conference.

DATED this 11th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court