IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

---

| | |
|---|---|
| IN RE CONAGRA FOODS, INC. )<br>DERIVATIVE LITIGATION        )<br>──────────────────────── )<br>SHAWN VAN HEES, Derivatively )<br>on behalf of CONAGRA FOODS,  )<br>INC.,                        )<br>                             )<br>         Plaintiff,          )<br>                             )<br>         v.                  )<br>                             )<br>JAMES P. O'DONNELL, BRUCE    )<br>ROHDE, FRANK S. SKLARSKY,    )<br>MOGENS C. BAY, STEPHEN G.    )<br>BUTLER, ALICE B. HAYES, W.G. )<br>JURGENSEN, CARL E. REICHARDT, )<br>DAVID H. BATCHELDER, HOWARD G.)<br>BUFFETT, MARK H. RAUENHORST, )<br>JOHN T. CHAIN, JR., RONALD W. )<br>ROSKENS, KENNETH E. STINSON, )<br>STEVEN F. GOLDSTONE and      )<br>ROBERT KRANE,                )<br>                             )<br>         Defendants.         )<br>                             )<br>         and                 )<br>                             )<br>CONAGRA FOODS, INC., A       )<br>Delaware corporation,        )<br>                             )<br>         Nominal Defendant.  )<br>──────────────────────── )<br>GERALD HALPERN, Derivatively )<br>on behalf of CONAGRA FOODS,  )<br>INC.,                        )<br>                             )<br>         Plaintiff,          )<br>                             )<br>         v.                  )<br>                             )<br>JAMES P. O'DONNELL, BRUCE    )<br>ROHDE, FRANK S. SKLARSKY,    )<br>MOGENS C. BAY, STEPHEN G.    )<br>BUTLER, ALICE B. HAYES, W.G. )<br>JURGENSEN, CARL E. REICHARDT, )  | 8:05CV342<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>8:05CV343 |

```
DAVID H. BATCHELDER, HOWARD G.)
BUFFETT, MARK H. RAUENHORST,   )
JOHN T. CHAIN, JR., RONALD W.  )
ROSKENS, KENNETH E. STINSON,   )
STEVEN F. GOLDSTONE and        )
ROBERT KRANE,                  )
                               )
              Defendants.      )
                               )
         and                   )
                               )
CONAGRA FOODS, INC., A         )
Delaware corporation,          )
                               )
              Nominal Defendant. )
_____)
CHARLES ZIMMERMAN,             )
Derivatively on behalf of      )
CONAGRA FOODS, INC.,           )
                               )
              Plaintiff,       )          4:05CV3183
                               )
         v.                    )
                               )
JAMES P. O'DONNELL, BRUCE      )          ORDER
ROHDE, FRANK S. SKLARSKY,      )
MOGENS C. BAY, STEPHEN G.      )
BUTLER, ALICE B. HAYES, W.G.   )
JURGENSEN, CARL E. REICHARDT,  )
DAVID H. BATCHELDER, HOWARD G.)
BUFFETT, MARK H. RAUENHORST,   )
JOHN T. CHAIN, JR., RONALD W.  )
ROSKENS, KENNETH E. STINSON,   )
STEVEN F. GOLDSTONE and        )
ROBERT KRANE,                  )
                               )
              Defendants.      )
                               )
         and                   )
                               )
CONAGRA FOODS, INC., A         )
Delaware corporation,          )
                               )
              Nominal Defendant. )
_____)
```

-2-

This matter is before the Court on the joint motion to extend time (Filing No. 98 in 8:05CV342; Filing No. 88 in 8:05CV343; Filing No. 86 in 4:05CV3183).  The Court finds the joint motion should be granted.  Accordingly,

IT IS ORDERED the joint motion is granted; a further order will be entered after the Court has ruled on defendants' motion to dismiss and the motion for a stay of discovery and/or protective order.

DATED this 13th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

-3-